# Court of Appeals
# of the State of Georgia

ATLANTA,__October 21, 2019_____

*The Court of Appeals hereby passes the following order:*

## A19A0851. JAY R. PATEL et al. v. MUKESH C. PATEL et al.

In this case, appellants seek to vacate the confirmation of an arbitration award by the DeKalb Superior Court. One of the arguments raised by appellants is that the award is void because one of the parties was in bankruptcy at the time of the arbitration proceedings. See *Acands, Inc. v. Travelers Cas. & Sur. Co.*, 435 F3d 252 (3d Cir. 2006) (holding that the automatic stay provision of 11 USCA § 362 applies to arbitration proceedings).

On August 22, 2019, during the pendency of the case in this Court, the United States Bankruptcy Court for the Northern District of Georgia entered an order finding that the DeKalb Superior Court violated the bankruptcy automatic stay in confirming the award as to the party who was in bankruptcy.

In light of the bankruptcy court order, we remand this case to DeKalb Superior Court for further proceedings.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/21/2019_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.